**Norman L. NICHOLS, Jr.,
Plaintiff–Appellant,**

v.

**CAROLINE COUNTY BOARD OF
EDUCATION, Defendant–
Appellee.**

No. 01–1010.

United States Court of Appeals,
Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 7, 2001.

Norman L. Nichols, Jr., pro se. Steven David Frenkil, Stephanie Renae DeKraai, Miles & Stockbridge, Baltimore, MD, for appellee.

Before LUTTIG, MOTZ, and KING, Circuit Judges.

PER CURIAM.

Norman L. Nichols, Jr., appeals the district court's order granting summary judgment to Defendant on Nichols' claim of racial discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Nichols v. Caroline County Bd. of Educ.*, No. CA–99–3352–H (D.Md. Nov. 28, 2000). We dispense with oral argument because the facts and legal contentions are

---

In these consolidated appeals, Arthur O. Armstrong appeals district court orders amending an injunction and denying his motion for leave to proceed on appeal in forma pauperis. We have reviewed the record and the district court orders and find no reversible error. Accordingly, we deny the motions for leave to proceed in forma pauperis and for summary judgment and dismiss the appeals as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.